**Nos. 2012-1567, -1568, -1569, -1570**

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

**TEVA PHARMACEUTICALS USA, INC. TEVA PHARMACEUTICAL INDUSTRIES, LTD., TEVA NEUROSCIENCE, INC. and YEDA RESEARCH AND DEVELOPMENT CO., LTD.,**

*Plaintiffs-Appellees,*

v.

**SANDOZ INC. and MOMENTA PHARMACEUTICALS INC.,**

*Defendants-Appellants,*

and

**MYLAN PHARMACEUTICALS INC., MYLAN INC., and NATCO PHARMA LTD.,**

*Defendants-Appellants,*

and

**SANDOZ INTERNATIONAL GMBH and NOVARTIS AG,**

*Defendants.*

Appeals from the United States District Court for the Southern District of New York in consolidated case nos. 08-CV-7611 and 09-CV-8824, Judge Barbara S. Jones.

## UNOPPOSED MOTION TO WITHDRAW AS COUNSEL

| | |
|---|---|
| DAVID C. DOYLE | DEANNE E. MAYNARD |
| ANDERS T. AANNESTAD | *Counsel of Record* |
| BRIAN M. KRAMER | BRIAN R. MATSUI |
| MORRISON & FOERSTER LLP | MARC A. HEARRON |
| 12531 High Bluff Drive, Suite 100 | ADAM A. ELTOUKHY |
| San Diego, California 92130-2040 | MORRISON & FOERSTER LLP |
| | 2000 Pennsylvania Avenue, N.W. |
| | Washington, D.C. 20006-1888 |
| | Telephone: 202.887.8740 |

*Counsel for Defendants-Appellants Sandoz Inc. and Momenta Pharmaceuticals Inc.*

dc-698453

Adam Eltoukhy respectfully moves to withdraw as counsel for Defendants-Appellants Sandoz Inc. and Momenta Pharmaceuticals Inc., because he is leaving the firm of Morrison & Foerster LLP.

Deanne E. Maynard, Brian R. Matsui, Marc A. Hearron, David C. Doyle, Anders T. Aannestad, and Brian M. Kramer of Morrison & Foerster LLP remain as counsel.

Counsel for the other parties to this appeal have indicated that they do not oppose this motion.

Dated:  December 10, 2012

Respectfully Submitted,

/s/ Adam A. Eltoukhy

DAVID C. DOYLE
ANDERS T. AANNESTAD
BRIAN M. KRAMER
MORRISON & FOERSTER LLP
12531 High Bluff Drive, Suite 100
San Diego, California  92130-2040

DEANNE E. MAYNARD
 *Counsel of Record*
BRIAN R. MATSUI
MARC A. HEARRON
ADAM A. ELTOUKHY
MORRISON & FOERSTER LLP
2000 Pennsylvania Ave., NW
Washington, D.C.  20006-1888
Telephone:   202.887.1500
Facsimile:    202.887.0763
DMaynard@mofo.com

*Counsel for Defendants-Appellants Sandoz Inc. and Momenta Pharmaceuticals Inc.*

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

# TEVA PHARMACEUTICALS USA v. SANDOZ INC.

# NOS. 2012-1567, -1568, -1569, -1570

# CERTIFICATE OF INTEREST

Counsel for defendants-appellants Sandoz Inc. and Momenta Pharmaceuticals Inc. certifies the following:

1. The full name of every party or amicus represented by me is:

   Sandoz Inc.
   Momenta Pharmaceuticals Inc.

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

   N/A.

3. All parent corporations and any publicly held companies that own 10% or more of the stock of the party or amicus curiae represented by me are:

   Sandoz Inc.: Novartis AG
   Momenta Pharmaceuticals Inc.: None

4. The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or are expected to appear in this court are:

   Morrison & Foerster LLP: Anders T. Aannestad, Eric M. Acker, David C. Doyle, Adam A. Eltoukhy, Karen L. Hagberg, Marc A. Hearron, Stephen D. Keane, Brian M. Kramer, Deanne E. Maynard, Richard B. Mills-Robertson

Date: December 10, 2012                    s/ Adam A. Eltoukhy

dc-698453

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Federal Circuit by using the appellate CM/ECF system on December 10, 2012.

I further certify that counsel of record are registered CM/ECF users and will be served by the appellate CM/ECF system.

Dated: December 10, 2012                                  s/ Adam A. Eltoukhy

dc-698453